The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALI AHMED AL-YASIRI, | CASE NO. 2:17-cv-00796-JLR |
| Plaintiff, | |
| v. | CONSENT JUDGMENT |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

WHEREAS, on May 22, 2017, Plaintiff Ali Ahmed Al-Yasiri filed a Complaint for Review of Agency Action (Complaint) against the United States of America[1], which challenged the United States Department of Agriculture, Food and Nutrition Service's (FNS) imposition of a $33,000 Transfer of Ownership Civil Money Penalty (TOCMP) on Plaintiff Al-Yasiri (*see* Dkt. 1);

WHEREAS, on August 14, 2017, the United States filed counterclaims against Plaintiff Al-Yasiri for violations of the False Claims Act and other common law causes of action (*see* Dkt. 7);

---

[1] Although the Complaint identifies the United States of America and Sonny Perdue, Secretary of the United States Department of Agriculture, as co-defendants, as the government indicated in its Notice of Appearance (Dkt. 5), the United States is the only proper defendant in this action. *See* 7 U.S.C. § 2023(a)(13).

CONSENT JUDGMENT
2:17-cv-00796-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  WHEREAS, the parties stipulate and consent to entry of judgment in favor of the
2  United States of America and against Plaintiff Al-Yasiri for the sum of $33,000—*i.e.*, the
3  full amount of the TOCMP—plus post-judgment interest;
4  WHEREAS, the parties also stipulate and agree that post-judgment interest on the
5  sum of $33,000 shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be
6  computed daily and compounded annually until paid in full;
7  WHEREAS, Plaintiff agrees to dismiss his claims with prejudice; and
8  WHEREAS, the United States agrees to dismiss its counterclaims in this action
9  <u>without</u> prejudice to refile.
10
11  THEREFORE, on the agreement of the parties, it is hereby ORDERED:
12  1.  Judgment is entered in favor of the United States and against Ahmed Al-
13  Yasiri in the sum of $33,000, plus post-judgment interest;
14  2.  Post-judgment interest on the sum of $33,000 shall accrue at the legal rate
15  pursuant to 28 U.S.C. §1961(a) and shall be compounded annually until paid in full;
16  3.  The full amount of the judgment is collectable by the United States of
17  America after the 14-day period specified in Federal Rule of Civil Procedure 62(a);
18  4.  Plaintiff's claims are dismissed with prejudice;
19  5.  The United States' claims against Plaintiff are dismissed <u>without</u> prejudice
20  to refile; and
21  6.  Each party shall bear its own costs and fees.
22  //
23  //
24
25
26
27
28

CONSENT JUDGMENT
2:17-cv-00796-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 11th day of July, 2018.

_____
The Honorable James L. Robart
United States District Court Judge

Respectfully submitted on the 10th day of July, 2018 by:

ANNETTE L. HAYES
United States Attorney

*/s/ David R. East*
DAVID R. EAST, WSBA 31481
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
E-mail: david.east@usdoj.gov


ALI AHMED AL-YASIRI

*/s/ John H. O'Rourke*
JOHN H. O'ROURKE
Law Office of John H. O'Rourke
2101 Fourth Avenue, Suite 2200
Seattle, Washington 98121
Phone: (206) 824-2802
E-mail: johnhorourke@comcast.net

CONSENT JUDGMENT
2:17-cv-00796-JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970